# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MONTANA
# GREAT FALLS DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | CR 12-91-GF-BMM |
| Plaintiff, | |
| vs. | **ORDER** |
| TAMMY LYNN LAPIE, | |
| Defendant. | |

Defendant has moved for an early termination of her supervised release under 18 U.S.C. § 3583(e)(1). The Government does not oppose the motion. (Doc. 133 at 1).

Defendant pleaded guilty to Possession with intent to Distribute Methamphetamine on January 15, 2013. Defendant was sentenced to 60 months of custody followed by four years of supervised release. (Doc. 88). The Court reduced Defendant's sentence to 47 months of custody on September 10, 2013, pursuant to a Rule 35 motion filed by the Government. (Doc. 105). Defendant began supervised release on October 30, 2015. The record reflects that Defendant has complied with her supervised release conditions. (Doc. 133 at 2-3). Defendant does not pose a threat to the community. The factors in 18 U.S.C. § 3553 support an early termination of supervised release.

Accordingly, IT IS ORDERED:

1. Defendant's Motion for Early Termination of Supervised Release (Doc. 133) is GRANTED.

2. Defendant is DISCHARGED from supervised release.

DATED this 17th day of February, 2017.

_____
Brian Morris
United States District Court Judge